## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                CASE NO.  3:06cr52/RV

DARYL LEWIS

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   June 23, 2006

Motion/Pleadings:  MOTION to Suppress Physical Evidence and Statements

Filed by   Defendant                     on 6/22/2006          Doc.#  18

RESPONSES:

United States                           on 6/27/2006         Doc.#    24

                                                on                 Doc.#

_____ Stipulated       _____ Joint Pldg.

_____ Unopposed     _____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            s/Jerry Marbut

LC (1 OR 2)                           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* <u>28th</u> *day of* <u>June</u> *, 2006, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

                                               /s/ *Roger Vinson*

                                                      *ROGER VINSON*
                                    *Senior United States District Judge*