**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:06cr52-01/RV

DARYL M. LEWIS

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   March 31, 2009

Motion/Pleadings:   Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582 (c)(2) and USSG § 1B1.10

Filed by   Defendant          on 4/08/2008 and 3/30/2009       Doc.#   37 and 41

RESPONSES:

   None                        on                  Doc.#

                               on                  Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this   8th   day of  April  , 2009, that:

(a) The requested relief is DENIED.

(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.

(c) The amendments do not affect the Defendant's sentencing guideline range.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE